UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| IN RE | ) | |
| | ) | CHAPTER 7 |
| CURTIS WILLIAM SCOTT, | ) | |
| SHELLY DARNELL SCOTT | ) | CASE NO. 12-00329-JKC-7 |
| | ) | |
| Debtor(s) | ) | |

## MOTION FOR RELIEF FROM AUTOMATIC STAY AND ABANDONMENT OF PROPERTY

The creditor, Bank of America, N.A., successor by merger to BAC Home Loans Servicing,

LP fka Countrywide Home Loans Servicing LP, hereby moves the Court, pursuant to 11 U.S.C.

§362(d) and §554, to lift the automatic stay and abandon from the estate, the following real property:

112 Chitwood Dr, Anderson, IN 46012-1002 (the "Property"), more particularly described as

follows:

> LOT 5 IN NORTHERN VILLAGE, SECTION "A", A SUBDIVISION IN LAFAYETTE
> TOWNSHIP, MADISON COUNTY, INDIANA, THE PLAT OF WHICH IS RECORDED IN
> PLAT BOOK 13, PAGE 2, IN THE OFFICE OF THE RECORDER OF MADISON COUNTY,
> INDIANA.

In support of the Motion, creditor states the following:

1.      The debtor(s) filed a Chapter 7 case on January 16, 2012 - referred to as the "Petition

Date."

2.      As of the Petition Date, the creditor was the holder of a claim secured by the

Property, more particularly described in that certain Mortgage, copy of which is attached hereto as

Exhibit A. All rights and remedies under the mortgage have been assigned to the creditor pursuant to

the assignment(s) of mortgage, copies of which are attached hereto as Exhibit B.

3.      The above described mortgage was given to secure a promissory note - referred to as

the "Note" - payable in the original sum of $83,000.00. A copy of the Note is attached hereto as

Exhibit C.

4.      As of January 30, 2012, the outstanding principal of the Note was $81,599.17 and accrued interest of approximately $3,659.65,  As of January 30, 2012, the outstanding amount of the obligations under the Note and mortgage less any partial payments or suspense balance is $88,379.87.

5.      The mortgage loan is due for March 1, 2011 through January 1, 2012 payments at the monthly mortgage amount of $576.78, for an arrearage in the sum of $6,344.58, together with attorney fees and costs.  The February 1, 2012 payment is also now due at the monthly mortgage amount of $590.86.

6.      Cause exists for relief from the automatic stay for the following reasons:

(a)      Movant's interest in the Property is not adequately protected.

(b)      Pursuant to 11 U.S.C. § 362(d)(2)(A), Debtor(s) have no equity in the Property.

7.      The creditor hereby waives the right under 11 U.S.C. §362(e) to a hearing on this motion within thirty (30) days of the date it is filed.

WHEREFORE, the creditor moves the Court to enter an order lifting the automatic stay and abandoning the Property, and granting such other relief as appropriate.

FEIWELL & HANNOY, P.C.

/s/ JESSICA S. OWENS
JESSICA S. OWENS, Attorney No. 26533-49
Attorney for Bank of America, N.A., successor by merger to BAC Home Loans Servicing, LP fka Countrywide Home Loans Servicing LP
251 N. Illinois Street, Suite 1700
Indianapolis, IN 46204-1944
(317) 237-2727
Fax: (317) 237-2717
Email: jowens@feiwellhannoy.com

Scott - File No. 064448B02

CERTIFICATE OF SERVICE

The undersigned does hereby certify that the foregoing has been duly electronically noticed

or mailed via United States mail, first class, on February 14, 2012, to the following:

Steven S. Lovern
Attorney at Law
903 Thorndale St
Indianapolis, IN 46214

William J. Tucker
Trustee
429 North Pennsylvania Street  Suite 400
Indianapolis, IN 46204

Nancy Gargula
U.S. Trustee
101 West Ohio Street, Suite 1000
Indianapolis, IN 46204

/s/ JESSICA S. OWENS
JESSICA S. OWENS, Attorney No.
26533-49

**NOTICE**

**FEIWELL & HANNOY, P.C. IS A DEBT COLLECTOR.**

Scott - File No. 064448B02

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| IN RE | ) | |
| | ) | |
| CURTIS WILLIAM SCOTT, | ) | CASE NO. 12-00329-JKC-7 |
| SHELLY DARNELL SCOTT | ) | |
| | ) | |
| Debtor(s) | ) | |

### CERTIFICATE OF MAILING

The undersigned hereby certifies that a copy of the attached Notice was sent, via either

first class. U.S. mail or electronic noticing, on February 14, 2012, to those creditors and

interested parties listed on the attached sheets.

Dated: February 14, 2012

FEIWELL & HANNOY, P.C.

/s/ JESSICA S. OWENS
JESSICA S. OWENS, Attorney No. 26533-49
Attorney for Bank of America, N.A., successor by
merger to BAC Home Loans Servicing, LP fka
Countrywide Home Loans Servicing LP
251 N. Illinois Street, Suite 1700
Indianapolis, IN 46204-1944
(317) 237-2727
Fax: (317) 237-2717
Email: jowens@feiwellhannoy.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE                                                          )
                                                               )
CURTIS WILLIAM SCOTT,                                          )     CASE NO. 12-00329-JKC-7
SHELLY DARNELL SCOTT                                           )
                                                               )
                                Debtor(s)                      )

**NOTICE OF MOTION AND OPPORTUNITY TO OBJECT**


On February 14, 2012, Bank of America, N.A., successor by merger to BAC Home Loans Servicing, LP fka Countrywide Home Loans Servicing LP filed a Motion for Relief from Stay and to Abandon Real Estate, asking the Court for relief from stay and abandonment of the real estate commonly known as 112 Chitwood Dr, Anderson, IN 46012-1002. The motion states that Debtor(s) monthly mortgage payments are delinquent and that there is little or no equity in the subject real estate for the benefit of creditors. If you have not received a copy of the motion, you may get one by contacting the person who signed this notice or at the clerk's office.

        Your rights may be affected.   You should read these papers carefully and discuss them with your attorney. If you do not have an attorney, you may wish to consult one.

If you do not want the court to grant the motion, then within fourteen (14) days from the date this Notice is served, you or your attorney must:

1.  File a written objection to the motion, which should explain the reasons why you object, with the Clerk of the United States Bankruptcy Court at:

                46 E Ohio St
                Indianapolis, IN 46204-1903

If you mail your objection, you must mail it early enough so that it will be received by the date it is due.

2.  You must also mail a copy of your objection to:

                JESSICA S. OWENS
                FEIWELL & HANNOY, P.C.
                251 N. Illinois Street, Suite 1700
                Indianapolis, IN 46204-1944
                (317) 237-2727

Steven S. Lovern
Attorney at Law
903 Thorndale St
Indianapolis, IN 46214

William J. Tucker
Trustee
429 North Pennsylvania Street  Suite 400
Indianapolis, IN 46204

Nancy Gargula
U.S. Trustee
101 West Ohio Street, Suite 1000
Indianapolis, IN 46204


   If you do not file an objection by the date it is due, the court may grant the relief requested without holding a hearing. If you do file an objection, the court will set the motion for hearing, which you or your attorney will be expected to attend.

Dated: February 14, 2012

FEIWELL & HANNOY, P.C.

/s/ JESSICA S. OWENS
JESSICA S. OWENS, Attorney No. 26533-49
Attorney for Bank of America, N.A., successor by merger to BAC Home Loans Servicing, LP fka Countrywide Home Loans Servicing LP
251 N. Illinois Street, Suite 1700
Indianapolis, IN 46204-1944

Label Matrix for local noticing
0756-1
Case 12-00329-JKC-7
Southern District of Indiana
Indianapolis
Tue Feb 14 14:52:08 EST 2012

AFNI
P. O. Box 3427
Bloomington, IL 61702-3427

AT & T
P. O. Box 8100
Aurora, IL 60507-8100

Aegis Receivables Management, Inc.
P. O. Box 165839
Irving, TX 75016-5839

Allied Interstate
540 Dick Rd.
Buffalo, NY 14225

Allstate Insurance
P. O. Box 3589
Akron, OH 44309-3589

Applied Bank
P. O. Box 17120
Wilmington, DE 19886-7120

Aqua Systems
7785 E. US Highway 36
Avon, IN 46123-7793

Aspire
P. O. Box 790317
Saint Louis, MO 63179-0317

Autovest, LLC
P. O. Box 1022
Wixom, MI 48393-1022

Avon Products, Inc.
P. O. Box 105541
Atlanta, GA 30348-5541

Bank America
P. O. Box 5170
Simi Valley, CA 93062-5170

Bank of America
P. O. Box 650070
Dallas, TX 75285-0001

Bay Area Credit Service, LLC.
1901 W. 10th St.
Antioch, CA 94509-1380

Blatt Hasenmiller
950 N. Meridian St.
Suite 950
Indianapolis, IN 46204-1161

Bowman Heintz
8605 Broadway
Merrillville, IN 46410-5598

California Recovery Bureau, Inc.
135 Vallecitos DE ORO
Suite G
San Marcos, CA 92069-1461

Capital One
P. O. Box 6492
Carol Stream, IL 60197-6492

Capital One
P. O. Box 71803
Charlotte, NC 28272

Capital One Bank USA
P. O. Box 30281
Salt Lake City, UT 84130-0281

Capital One Services
P. O. Box 1299
Haverhill, MA 01831-1799

Cardiovascular Diagnostic Services
250N. Shadeland
Indianapolis, IN 46219-4959

Cardworks Servicing
P. O. Box 9201
Old Bethpage, NY 11804-9001

Clarian Health Partners
2212 Reliable Parkway
Chicago, IL 60686-0022

Clarian West Medical Center
9875 Reliable Parkway
Chicago, IL 60686-0098

Client Services, Inc.
3451 Harry Truman Blvd.
Saint Charles, MO 63301-9816

Columbus Bank & Trust
P. O. Box 172800
Arlington, TX 76003-2800

Credit Collection Services
Two Wells Ave.
Dept. 9134
Newton Center, MA 02459-3208

Credit Control, LLC
5757 Phantom Dr.
Suite 330
Hazelwood, MO 63042-2429

Credit One Bank
P. O. Box 60500
City Of Industry, CA 91716-0500

(p)DELL FINANCIAL SERVICES
P O BOX 81577
AUSTIN TX 78708-1577

Dish Network
P. O. Box 105169
Atlanta, GA 30348-5169

Eagle Accounts Group
P. O. Box 7012
Indianapolis, IN 46207-7012

Emergency Medical Group
2449 Reliable Parkway
Chicago, IL 60686-0024

FMS Investment Corp.
P. O. Box 68245
Schaumburg, IL 60168-0245

Financial Recovery Services
P. O. Box 385908
Minneapolis, MN 55438-5908

GC Services
6330 Gulfton
Houston, TX 77081-1198

GCQ
P. O. Box 3532
Quincy, IL 62305-3532

GE Money Bank
P. O. Box 960061
Orlando, FL 32896-0061

Global Acceptance Credit Co., LP
5850 W. Interstate 20
Suite 100
Arlington, TX 76017-1071

HSBC
P. O. Box 5249
Carol Stream, IL 60197-5249

Household Bank
P. O. Box 5222
Carol Stream, IL 60197-5222

I. C. System, Inc.
P. O. Box 64887
Saint Paul, MN 55164-0887

IMC Credit Services
P. O. Box 20636
Indianapolis, IN 46220-0636

(p)INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346

IU Radiology Assoc.
250 N. Shadeland
Indianapolis, IN 46219-4959

Indiana Univ Health
6955 Hillsdale Ct.
Indianapolis, IN 46250-2054

LVNV Funding, LLC
P. O. Box 740281
Houston, TX 77274-0281

Law Offices of Alan M. Laskin
9381 E. Stockton Blvd.
Suite 116
Elk Grove, CA 95624-5069

Lisa Baker
93 Stoneybrook
Austin, TX 78734

Steven S. Lovern
903 Thorndale St
Indianpolis, IN 46214-3706

MCM
P. O. Box 60578
Los Angeles, CA 90060-0578

Main Street Acquistions
2001 Reed Rd.
Suite 100
Fort Wayne, IN 46815-7311

Merrick Bank
P. O. Box 5721
Hicksville, NY 11802-5721

Meyer & Njus, PA
134 N. LaSalle St.
Suite 1840
Chicago, IL 60602-1100

Midland Funding
8875 Aero Dr.
San Diego, CA 92123-2255

Monitronics
Dept. CH 8628
Palatine, IL 60055-0001

NCO Financial Services, Inc.
507 Prudential Rd.
Horsham, PA 19044-2368

National Credit Adjusters
P. O. Box 3023
Hutchinson, KS 67504-3023

Nelson, Watson & Assocs., LLC
80 Merrimack St. Lower Level
Haverhill, MA 01830-5202

Northland Group
P. O. Box 390846
Minneapolis, MN 55439-0846

Orchard Bank
2001 Reed Rd., Suite 100
Fort Wayne, IN 46815-7311

Jessica Sharon Owens2
Feiwell & Hannoy, P.C.
251 N. Illinois St., Suite 1700
Indianapolis, IN 46204-4302

PayPal
P. O. Box 960080
Orlando, FL 32896-0080

Pfenninger & Assocs.
9247 N. Meridian St.
Suite 219
Indianapolis, IN 46260-1976

Pinnacle Asset Group, LLC
3221 Southwestern Blvd.
Suite 305
Orchard Park, NY 14127-1230

RGS Financial
P. O. Box 1022
Wixom, MI 48393-1022

Rauch-Milliken International, Inc.
P. O. Box 8390
Metairie, LA 70011-8390

Redline Recovery Services
95 John Muir Dr.
Amherst, NY 14228-1144

Roseenthal, Morgan & Thomas, Inc.
12747 Olive Blvd,
Suite 250
Saint Louis, MO 63141-6278

Curtis William Scott
719 Pioneer Woods Dr.
Indianapolis, IN 46224-6165

Shelly Darnell Scott
719 Pioneer Woods Dr.
Indianapolis, IN 46224-6165

Sentry Credit
P. O. Box 12070
Everett, WA 98206-2070

Stanley Steamer
250 E. Town St.
Columbus, OH 43215-4631

Sunrise Credit Services, Inc.
P. O. Box 9100
Farmingdale, NY 11735-9100

William J. Tucker
Tucker Hester, LLC
429 N Pennsylvania St Ste 100
Indianapolis, IN 46204-1873

U.S. Trustee
101 W. Ohio St.. Ste. 1000
Indianapolis, IN 46204-1982

Wachovia
P. O. Box 78846
Phoenix, AZ 85062-8846

Wayne Township Amb. Service
700 N. High School Rd.
Indianapolis, IN 46214-3700

Wells Fargo Auto Finance
P. O. Box 60510
Los Angeles, CA 90060-0510

Wm. W. Siegel & Assoc.
7 Penn Plaza
Suite 1500
New York, NY 10001-3971

Wright & Lerch
2001 Reed Rd., Suite 100
Fort Wayne, IN 46815-7311

Yellow Book
P. O. Box 3162
Cedar Rapids, IA 52406-3162

Yellow Book Sales and Distribution Company I
c/o Fred Pfenninger
Pfenninger & Associates
9247 N. Meridian St, Ste 219
Indianapolis, IN 46260-1976

Yellow Pages
P. O. Box 53282
Atlanta, GA 30355-1282

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Dell Financial
P. O. box 6403
Carol Stream, IL 60197

IRS
Cincinnati, OH 45999

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Bank of America, N.A.                    (u)James K. Coachys

End of Label Matrix
Mailable recipients    84
Bypassed recipients     2
Total                  86