# United States Bankruptcy Court
## Southern District of Indiana

In re **Curtis W. Scott and Shelly D. Scott**  
Debtor(s)

Case No. **12-00329-JKC**  
Chapter **7**

### MOTION TO REOPEN BANKRUPTCY

Comes now the Debtors, Curtis W. Scott and Shelly D. Scott, by Counsel, and move the Court to reopen this Bankruptcy case for the following reasons:

1. That the bankruptcy was closed.

2. That the Debtors are in the process of selling their home and need to file a Motion to Avoid Judgment.

3. That the Motion to Avoid Judgment is being filed at the time of this Motion To Reopen.

Wherefore, the Debtors pray that the case be reopened so that a Motion to Avoid Judgment can be filed and so that the Judgment may be avoided.

Date **July 29, 2013**

Attorney **/s/ Steven Lovern**  
**Steven Lovern 10393-02**

### CERTIFICATE OF SERVICE

I hereby certify that on July 29, 2013 a copy of a Motion To Reopen Bankruptcy was served electronically to all interested parties and the Trustee.

/s/ Steven Lovern  
Steven Lovern 10393-02