B6A (Official Form 6A) (12/07)

In re   **Curtis William Scott,**
       **Shelly Darnell Scott**
_____,
                                        Debtors

Case No.   **12-00329-JKC**

# SCHEDULE A - REAL PROPERTY - AMENDED

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **112 Chitwood Drive, Anderson IN 46012**<br>**Purch 5/96  PP 65,000**<br>**Ranch 3 bdroom, 1.5 bath** | **Fee simple** | **J** | **80,000.00** | **0.00** |
| **Residence 3 bedroom, 2 bath**<br>**Location: 719 Pioneer Woods Drive, Indianapolis IN 46224**<br>**PD 6/2005  PP 121000** | **Fee simple** | **H** | **139,900.00** | **143,470.13** |

|  |  |  |
|---|---|---|
| Sub-Total > | **219,900.00** | (Total of this page) |
| Total > | **219,900.00** |  |

__**0**__   continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

B6C (Official Form 6C) (4/13)

In re **Curtis William Scott,**
**Shelly Darnell Scott**, Debtors

Case No. __12-00329-JKC__

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT - AMENDED

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)
☐ 11 U.S.C. §522(b)(2)
■ 11 U.S.C. §522(b)(3)

☐ Check if debtor claims a homestead exemption that exceeds $155,675. *(Amount subject to adjustment on 4/1/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.)*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Real Property**<br>**Residence 3 bedroom, 2 bath**<br>**Location: 719 Pioneer Woods Drive,**<br>**Indianapolis IN 46224**<br>**PD 6/2005  PP 121000** | Ind. Code § 34-55-10-2(c)(1) | 17,600.00 | 139,900.00 |
| Total: | | 17,600.00 | 139,900.00 |

__0__ continuation sheets attached to Schedule of Property Claimed as Exempt

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Southern District of Indiana

In re  **Curtis William Scott**
      **Shelly Darnell Scott**
                                                  Debtor(s)

Case No.  **12-00329-JKC**
Chapter   **7**

## DECLARATION CONCERNING DEBTOR'S SCHEDULES - AMENDED

DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __14__ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date  **September 9, 2013**         Signature  **/s/ Curtis William Scott**
                                                **Curtis William Scott**
                                                Debtor

Date  **September 9, 2013**         Signature  **/s/ Shelly Darnell Scott**
                                                **Shelly Darnell Scott**
                                                Joint Debtor

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.