SO ORDERED: October 4, 2013.



**James K. Coachys**
**United States Bankruptcy Judge**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| IN RE: ) | |
|    CURTIS WILLIAM SCOTT ) | |
|    SHELLY D. SCOTT, ) | CASE NO.: 12-00329-JKC |
|       Debtors ) | |

## ORDER GRANTING MOTION TO AVOID JUDICIAL LIEN OF YELLOW BOOK SALES AND DISTRIBUTION CO., INC.

The debtors having filed their motion pursuant to 11 U.S.C. Section 522(f)(1)(A) seeking to avoid the judicial lien of Yellow Book Sales and Distribution Co., Inc., under cause **#49D02-1103-CC-008094**, in the property described herein:

Legal Description:

Lot Numbered 172 in Speedway Woods, Section Four, a Subdivision in Marion County, Indiana, as per plat thereof recorded August 17, 1995 as Instrument No. 95-101565, in the Office of the Recorder of Marion County, Indiana.

Commonly Known As:

**719 Pioneer Woods Drive, Indianapolis, County of Marion, State of Indiana**

It is therefore ORDERED by the Court that the Motion to Avoid Judicial Lien is hereby GRANTED.

####